OFFICE OF DISCIPLINARY COUNSEL *v.* FRIEDMAN.

[Cite as Disciplinary Counsel *v.* Friedman (1990), 56 Ohio St. 3d 69.]

(No. 90-1103—Submitted July 31, 1990—Decided December 12, 1990.)

*J. Warren Bettis,* disciplinary counsel, for relator.

*Per Curiam.* Pursuant to Gov. Bar R. V(44), we hereby publicly reprimand respondent for his conduct. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., not participating.